ACCEPTED
07-15-00297-cv
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
8/19/2015 11:31:52 AM
Vivian Long, Clerk

# No. 07-15-00297-CV

**COURT OF APPEALS
SEVENTH DISTRICT OF TEXAS**

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
8/19/2015 11:31:52 AM
VIVIAN LONG
CLERK

_____

**DIMOCK OPERATING COMPANY, and
JOE W. DIMOCK, D/BA DIMOCK PETROLEUM,**

*Appellants*,

**v.**

**SUTHERLAND ENERGY CO., LLC**

*Appellee*.

_____

*On appeal from Cause No. 11,098
46th District Court, Hardeman County, Texas
Hon. Dan Mike Bird, Judge Presiding*

---

**JOINT MOTION TO CORRECT CLERK'S RECORD
AND FOR EXTENSION OF TIME**

---

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COME NOW Dimock Operating Company, and Joe W. Dimock, d/b/a Dimock Petroleum, Appellants, and respectfully state as follows:

1. The Clerk's Record filed with this Honorable Court fails to contain all the documents requested and has the following errors:

    a. The Index is incorrectly numbered; documents in the Record do not appear on the page indicated on the Index.

b. Page 6 - Plaintiff's Original Petition and Petition for Declaratory Judgment is missing all exhibits.

c. Page 1380 – Plaintiff's Amended Petition, Petition for Declaratory Judgment and Application for Injunctive Relief is missing all Exhibits.

d. Page 1542 – Temporary Injunction Order is not signed by the judge.

e. Page 1547 - Writ of Injunction is missing the attached Temporary Injunction Order.

f. Page 1560 – Court's docket sheet – Single page with only one entry (should be multiple pages and multiple entries).

g. Pages 310-376 in the submitted record (a deposition taken in 2015) is not an exhibit to Plaintiff's Reply to Defendant's Response to Plaintiff's Partial MSJ filed on September 22, 2014, and, therefore, should be deleted from the corrected Record.

2. One of the two injunction orders at issue in this appeal is not included in the submitted record because the Clerk put an unsigned copy of the order in the submitted Record, and not the signed Order that was sent to the parties.

3. When the Index says documents are on a certain page, and the documents are, instead, on a different page, it causes confusion to the Court in locating the documents, and further confusion when the parties' Briefs cite a different page number for the same document.

4. Appellee moves this Honorable Court to order the District Clerk to prepare a new Clerk's Record in the proper form with all requested documents, including their exhibits, with both requested signed injunction orders, and with an

Index that correctly reflects the page number where each included document is located.

5.     Appellee further moves that the District Clerk be ordered to deliver the corrected Clerk's Record to counsel for Appellant (who paid for the Record) at the Clerk's expense.

6.     Because the Clerk's Record was not properly prepared and, therefore, the Appellant's Brief cannot be prepared timely with appropriate Clerk's Record citations, Appellant also moves this Honorable Court to order that the time for Appellant's Brief be extended until 20 days after the corrected Clerk's Record is filed with the Court and presented to counsel for Appellants.

Dated this 19th day of August, 2015.

Respectfully submitted,

Lovell, Lovell, Newsom & Isern, L.L.P.
John H. Lovell, SBN 12609300
(john@lovell-law.net)
Barbara A. Bauernfeind, SBN 08190500
(barbara@lovell-law.net)
112 West 8th Avenue, Suite 1000
Amarillo, Texas  79101-2314
Telephone:  (806) 373-1515
Facsimile:  (806) 379-7176

    *John H. Lovell*
John H. Lovell

ATTORNEYS FOR APPELLANT

## Certificate of Conference

I hereby certify that we have conferred with Mr. Chris Lehman, lead counsel for Appellee, and Appellee agrees with this Motion and joins in the Motion.

*John H. Lovell*

John H. Lovell

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document was delivered, as certified below, this 19th day of August, 2015 to:

Cornell Curtis
CORNELL D. CURTIS, P.C.
1716 Main Street
Vernon, TX 76384

*Via email: vernonlaw@sbcglobal.net*

Jerry L. Ewing, Jr.
Nathan R. Cash
WALTERS, BALIDO & CRAIN, L.L.P.
10440 North Central Expressway
Dallas, TX 75231

*Via email: jerry.ewing@wbclawfirm.com*
*nathan.cash@wbclawfirm.com*
*and via CMRRR #7015 0640 00003 9100 4055*

Chris Lehman
MALONE LAW FIRM
1901 Lamar Street
P. O. Box 953
Vernon, TX 76385

*Via email: clehman@malonelawtx.com*
*and via CMRRR #7015 0640 0003 9100 4062*

Stanley Watson
307 Main Street
P. O. Box 506
Quanah, TX 79252-0506

*Via email: srwatson1@att.net*

Mr. Ryan S. Mindell
Mr. Adam N. Bitter
Texas Attorney General
P. O. Box 12548
Austin, TX 78701

*Via email:* Ryan.Mindell@texasattorneygeneral.gov
*Via email:* adam.bitter@texasattorneygeneral.gov

*John H. Lovell*

John H. Lovell